STATE of Missouri, Respondent,

v.

Gary MORGAN, Appellant.

No. WD 34343.

Missouri Court of Appeals,
Western District.

Sept. 6, 1983.

Jefferson G. Broady, Rock Port, for appellant.

John Ashcroft, Atty. Gen., Janet E. Papageorge, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., and MANFORD and LOWENSTEIN, JJ.

**742**

## ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for burglary, second degree, in violation of § 569.170, RSMo 1978 and stealing, in violation of § 570.030, RSMo 1978.

No jurisprudential purpose would be served by written opinion.

The judgment is affirmed.

All concur.

Rule 30.25(b).